Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3
FILED
CLERK, U.S. DISTRICT COURT
AUG 31 2012
CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Southern California Surveyors' Joint Apprenticeship Trust,

Plaintiffs,

v.

Beador & Son Construction Company, Inc.,

Defendant.

CV 12-4275-GHK (SPx)

**JUDGMENT**

On August 31, 2012, the Court issued an Order granting Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Southern California Surveyors' Joint Apprenticeship Trust's ("Plaintiffs") Motion for

Default Judgment against Defendant Beador & Son Construction Company, Inc. ("Defendant") [8].

Accordingly, judgment is entered against Defendant, for $71,259.70 in unpaid contributions, $875.48 in prejudgment interest, $8,236.20 in liquidated damages, $5,302.50 for attorneys' fees, and $666.54 in costs. These amounts add up to a total judgment of $86,340.42. This judgment shall bear interest at the judgment rate from the date of entry until paid.

**IT IS SO ORDERED.**

DATED: August 31, 2012

**GEORGE H. KING**
UNITED STATES DISTRICT JUDGE